## Commonwealth *v.* Mitzel, Appellant.

Argued March 12, 1973. *Gerald E. Ruth,* Public Defender, with him *Daniel L. Carn,* Assistant Public Defender, for appellant; *Morrison B. Williams,* Assistant District Attorney, with him *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Montgomery, Appellant.

Submitted March 19, 1973. *John W. Packel* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.